

# NUMBER 13-15-00425-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**NATHANIEL JONES III,**                                   **Appellant,**

**v.**

**ENEDINA DESERE SIFUENTES,**                            **Appellee.**

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, Nathaniel Jones III, appealed a judgment entered by the 214th District Court of Nueces County, Texas. On October 13, 2015, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b)(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
12th day of November, 2015.